

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:         01-12-01124-CR

Trial Court Cause
Number:               1243459

Style:                Casey Demon Carmon

                      **v** The State of Texas

Date motion filed*:   12/15/2014

Type of motion:       Motion for Extension of Time to File Post-Submission Brief

Party filing motion:  Appellee

Document to be filed: Post-Submission Brief

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

    Original due date:                          12/15/2014

    Number of previous extensions granted:      0

    Date Requested:                             12/19/2014

Ordered that motion is:

    ☒   Granted

        If document is to be filed, document due:  12/19/2014

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

Judge's signature: /s/ Laura C. Higley
           ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: December 16, 2014